```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-mj-00058 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE DATE |
| v. | ) | FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION AND HEARING ON DEFENDANT'S MOTION |
| MICHAEL T. TASSEY, | ) | DATE:   June 26, 2008 |
| | ) | TIME:   10:00 a.m. |
| | ) | PLACE: Courtroom 10 |
| Defendant. | ) | Honorable Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that:

1.  The plaintiff's response to the defendant's motion presently scheduled for May 21, 2008 be continued to June 19, 2008;

2.  The motions hearing presently scheduled for June 5, 2008, be continued to June 26, 2008 at 10:00 a.m..

Dated: June 4, 2008   McGregor W. Scott
United States Attorney

 /s/ Mark J. McKeon
 By: MARK J. McKEON
Assistant U.S. Attorney

Dated: June 4, 2008    /s/ Doug Beevers
 DOUG BEEVERS
Attorney for Defendant
MICHAEL T. TASSEY

1

IT IS SO ORDERED.

Dated: __June 4, 2008__          _____/s/ Gary S. Austin_____
                                 UNITED STATES MAGISTRATE JUDGE