1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare St., Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  Case No. 1:08-mj-00058
                                   )
11                     Plaintiff,  )  STIPULATION TO CONTINUE DATE
        v.                         )  FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S
12                                 )  MOTION AND HEARING ON DEFENDANT'S
                                   )  MOTION
13                                 )
                                   )  DATE:   June 26, 2008
14  MICHAEL T. TASSEY,             )  TIME:   10:00 a.m.
                                   )  PLACE:  Courtroom 10
15                     Defendant.  )  Honorable Gary S. Austin
    _____)
16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys

18  of record that:

19       1.    The plaintiff's response to the defendant's motion to strike erroneous citation and

20  set for speedy trial presently scheduled for June 19, 2008 be continued to July 3, 2008;

21       2.    The motions hearing on defendant's motion to strike erroneous citation and set for

22  speedy trial presently scheduled for June 26, 2008, be continued to July 10, 2008 at 10:00 a.m.

23       3.    The motions hearing on defendant's motion to suppress evidence shall remain on

24  June 26, 2008, at 10:00 a.m.

25  Dated: June 25, 2008                McGregor W. Scott
                                        United States Attorney
26
                                         /s/ Mark J. McKeon
27                          By:          MARK J. McKEON
                                         Assistant U.S. Attorney
28

                                   1

Dated: June 25, 2008                           /s/ Doug Beevers
                                               DOUG BEEVERS
                                               Attorney for Defendant
                                               KIMBERLY R.  PEREZ


## **ORDER**


IT IS SO ORDERED.

**Dated:    June 27, 2008**           _____/s/ **Gary S. Austin**_____
                                      UNITED STATES MAGISTRATE JUDGE

2